IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **KRISTEN CREIGHTON,** § § *Plaintiff,* § § v. § § **HOOMAN KARAMIAN a/k/a** § **NIK RICHIE,** § **ARI GOLDEN and** § **DIRTY WORLD, LLC d/b/a** § **THEDIRTY.COM,** § § *Defendants.* § | **CIVIL ACTION NO. 10-1725** **JURY** |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Plaintiff, Kristen Creighton, makes the following disclosure of Interested Persons/Entities that may have a financial interest in the outcome of this litigation:

1. Kristen Creighton, Plaintiff;

2. Chris Bell, Counsel for Plaintiff;

3. Mahendru, PC and Ashish Mahendru, Counsel for Plaintiff;

4. Hooman Karamian a/k/a Nik Richie;

5. Dirty World, LLC d/b/a thedirty.com;

6. Frank DiMaggio a/k/a Ari Golden;

7. James Grdina;

8. John Grdina; and

9. Intrigue Investment Company.

2

Dated: June 1, 2010                                    Respectfully submitted,


                                    By: __/s/ Chris Bell_____
                                        **Chris Bell**
                                        Texas Bar No. 00783631
                                        The Kirby Mansion
                                        2000 Smith Street
                                        Houston, Texas 77002
                                        chris@chrisbelllaw.com
                                        (713) 752-2100 (Telephone)
                                        (713) 752-2002 (Facsimile)

                                        **Ashish Mahendru**
                                        Texas Bar No. 00796980
                                        1601 Westheimer
                                        Houston, Texas 77006
                                        amahendru@thelitigationgroup.com
                                        (713) 571-1519 (Telephone)
                                        (713) 651-0776 (Facsimile)

                                        **ATTORNEYS FOR PLAINTIFF**